*Arthur G. Hays* and *Oscar Stabiner* for appellant.

*John J. Cunneen* and *S. F. Peavey, Jr.,* for respondent.

Order of Appellate Division modified by striking therefrom the provisions as to the custody of the infant, and, as so modified, affirmed, without costs, on the ground that the infant is outside the State of New York, living with her father. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

KAY SHERMAN, Appellant, *v.* ALBERT SHERMAN, Respondent.

Argued March 9, 1944; decided April 13, 1944.

*Charles Rothenberg* and *Harold Meltzer* for appellant.

No appearance for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

ERNEST PANUNZIO, as Administrator of the Estate of THOMAS PANUNZIO, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 24900.)

Argued March 2, 1944; decided April 13, 1944.